

**ZENO B. BAUCUS**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone:  (406) 657-6101
FAX:     (406) 657-6989
Email:    zeno.baucus@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL FRANKLIN HOLLIDAY,<br><br>Defendant. | CR 18-118-BLG-SPW<br><br>**INDICTMENT**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>(Count I)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>**DISTRIBUTION OF METHAMPHETAMINE**<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release) |

1

|  | DISTRIBUTION OF METHAMPHETAMINE (Count III) Title 21 U.S.C. § 841(a)(1) (Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That beginning in or about August 2017, and continuing thereafter until in or about September 2017, at Billings within Yellowstone County, and elsewhere, in the State and District of Montana, the defendant, DARRELL FRANKLIN HOLLIDAY, knowingly possessed, with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

That on or about August 21, 2017, at Billings within Yellowstone County, in the State and District of Montana, the defendant, DARRELL FRANKLIN HOLLIDAY, knowingly distributed a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about September 5, 2017, at Billings within Yellowstone County, in the State and District of Montana, the defendant, DARRELL FRANKLIN HOLLIDAY, knowingly distributed five or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

<span style="color:red">Foreperson signature redacted.  Original document filed under seal.</span>

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

(for)

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

3