IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-118-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING DETENTION HEARING** |
| DARRELL FRANKLIN HOLLIDAY, | |
| Defendant. | |

Defendant has filed an unopposed motion to vacate the Detention Hearing. (Doc. 29.)

Accordingly, IT IS ORDERED that the Detention Hearing scheduled for March 26, 2019, at 2:30 p.m. is VACATED.

DATED this 26th day of March, 2019.

                                      TIMOTHY J. CAVAN
                                      United States Magistrate Judge