IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL 1 6 2019
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 18-118-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | NOTICE TO COUNSEL |
| DARRELL FRANKLIN HOLLIDAY, | |
| Defendant. | |

On June 28, 2019, Defendant Darrell Franklin Holliday filed a motion to compel disclosure of a confidential informant's identity and accompanying relevant information, including *Brady* and *Giglio* material. (Doc. 31). The government responded that it has an interest in protecting the identity of its confidential informants until disclosure is necessary to protect a defendant's right to a fair trial, citing *Roviaro v. United States*, 252 U.S. 53, 59-61 (1957). (Doc. 33 at 2). The government continued that it would disclose the information if Holliday filed a notice of intent to proceed to trial, or in any event, no later than seven days prior to trial. (Doc. 33 at 3-5). On July 15, 2019, Holliday filed a notice of intent to proceed to trial. (Doc. 34).

Upon receiving the information relating to the confidential informant, Holliday is directed to file a notice with the Court stating whether the

1

government's disclosure satisfies his request, and if not, the additional information he seeks along with authority supporting disclosure of the additional information. In the event the government's disclosure does not satisfy Holliday's request, the government is directed to respond to Holliday's notice within two days.

DATED this 16th day of July, 2019.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge