IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL FRANKLIN HOLLIDAY,<br><br>Defendant. | CR 18-118-BLG-SPW<br><br>NOTICE TO U.S. MARSHAL TO TRANSPORT DEFENDANT |

Notice is hereby given to the United States Marshal's Service that Counsel for Defendant has notified this Court of Defendant's request to be present at his re-sentencing hearing on June 23, 2021. Defendant is currently in the custody of the Bureau of Prisons at FMC Fort Worth in Fort Worth, Texas. The United States Marshal's Service is to ensure Defendant's presence at his re-sentencing hearing on **June 23, 2021**, in Billings, Montana, and to deliver Defendant back to the custodial facility at the conclusion of that hearing.

DATED this 18th day of May, 2021.

SUSAN P. WATTERS
United States District Judge

cc:
AUSA Karla Painter and Zeno Baucus
CJA Nancy Schwartz
US Marshals
US Probation

1