IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL FRANKLIN HOLLIDAY,<br><br>Defendant. | CR 18-118-BLG-SPW<br><br>**ORDER RESETTING RESENTENCING** |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that Resentencing presently set for Wednesday, June 23, 2021 at 10:30 a.m. is **VACATED** and **RESET** for **Tuesday, June 29, 2021** at **10:30 a.m.** in the James F. Battin Courthouse, 2601 Second Avenue North, Billings, Montana.

The clerk shall promptly notify all parties of the entry of this Order.

DATED this 27th day of May, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1