IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARRELL FRANKLIN HOLLIDAY,<br><br>Defendant. | CR 18-118-BLG-SPW<br><br>ORDER |

For the reasons stated on the record,

The Court will conduct a Dispositional Hearing on **Thursday, April 18, 2024 at 9:30 a.m.** in the Snowy Mountains Courtroom at the James F. Battin Courthouse, Billings, Montana.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 18th day of October, 2023.

SUSAN P. WATTERS
United States District Judge

1